50 So.3d 823 (2010)
Clyde A. "Rock" GISCLAIR, Assessor for St. Charles Parish
v.
The LOUISIANA TAX COMMISSION (Re: August 12, 2008 Decision in Commission Docket).
No. 2010-C-1954.
Supreme Court of Louisiana.
November 24, 2010.
*824 Application for writ of certiorari dismissed for lack of jurisdiction. See Metro Riverboat Assoc. v. La. Gaming Control Bd., 01-0185 (La. 10/6/01), 797 So.2d 656; Loop, Inc. v. Collector of Revenue, 523 So.2d 201 (La.1987). See also LSA-Const. Art. VII, Section 18(E); LSA-R.S. 47:1989 & 1998; former LSA-R.S.47:2110(repealed by Acts 2008, No. 819, Section 2, eff. Jan. 1, 2009); LSA-R.S. 47:1853.
VICTORY and WEIMER, JJ., would grant.